# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVA MARIA STANLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Case No. 2:18-cv-01347-APG-CWH<br><br>**ORDER** |

Plaintiff Eva Maria Stanley submitted an application to proceed *in forma pauperis* and a complaint against the passport division of the United States Department of State on July 23, 2018. (ECF No. 1.)

Under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1, a plaintiff seeking to proceed *in forma pauperis* must complete the requisite application. Here, plaintiff's application is incomplete. Plaintiff did not complete the source of income and the financial obligation sections of the application. The court will therefore deny plaintiff's application to proceed *in forma pauperis* without prejudice. Plaintiff must properly complete her application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If plaintiff chooses to file a new application to proceed *in forma pauperis*, then plaintiff must file a complete application including all of the sections referenced in this Order.

Additionally, the court notes that plaintiff's attached complaint contains a number of personal identifiers. (ECF No. 1-1.) The court will therefore seal the complaint at ECF No. 1-1. Plaintiff must file a redacted version of ECF No. 1 for the public record pursuant to LR IC 6-1. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

IT IS THEREFORE ORDERED that plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is DENIED without prejudice.

| | |
|---|---|
| 1 | |
| 2 | IT IS THEREFORE ORDERED that the Clerk of the Court must send plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis Application*." |

IT IS THEREFORE ORDERED that the Clerk of the Court must send plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis Application*."

IT IS FURTHER ORDERED that by September 4, 2018, plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $400 fee for a civil action, which includes the $350 filing fee and the $50 administrative fee. Plaintiff is advised that failure to comply with this order will result in a recommendation that her case be dismissed.

IT IS FURTHER ORDERED that the Clerk of Court must seal plaintiff's complaint attached to her application to proceed *in forma pauperis* (ECF No. 1-1).

IT IS FURTHER ORDERED that plaintiff must file a redacted copy of the complaint (ECF No. 1-1) by September 4, 2018.

DATED: August 2, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE