# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVA MARIA STANLEY, | Case No. 2:18-cv-01347-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES DEPARTMENT OF STATE, | |
| Defendant. | |

Presently before the court is plaintiff Eva Maria Stanley's payment of the $400.00 filing fee on August 6, 2018. (Receipt of Payment (ECF No. 6).) Given that plaintiff paid the filing fee, this case will not be screened under 28 U.S.C. § 1915 and will proceed on the normal litigation track as governed by the Federal Rules of Civil Procedure. Plaintiff must file a redacted copy of the complaint by September 4, 2018. (*See* ECF No. 5.)

IT IS SO ORDERED.

DATED: August 16, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE