# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVA MARIA STANLEY, | Case No. 2:18-cv-01347-APG-CWH |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| UNITED STATES DEPARTMENT OF STATE, | |
| Defendant. | |

On August 2, 2018, the court entered an order denying plaintiff Eva Marie Stanley's application to proceed *in forma pauperis*. (Order (ECF No. 5).) Plaintff was ordered to pay the $400.00 filing fee and to file a redacted copy of her complaint by September 4, 2018. (*Id.*) Plaintiff then paid the $400.00 filing but did not file a redacted copy of her complaint. The court then issued a subsequent order instructing plaintiff to file a redacted copy of her complaint no later than December 3, 2018. (Order (ECF No. 9).) Plaintiff again did not comply with the court's order, resulting in an order to show cause in writing why she failed to comply with the court's orders. (Order (ECF No. 10).) To date, plaintiff has not filed a redacted copy of her complaint, nor has plaintiff responded to the court's order to show cause. Thus, it appears plaintiff has abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff's case be DISMISSED without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 24, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE