# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVA MARIA STANLEY,<br><br>  Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>  Defendant | Case No.: 2:18-cv-01347-APG-CWH<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 11] |

On January 24, 2019, Magistrate Judge Hoffman recommended I dismiss this case without prejudice because plaintiff Eva Maria Stanley did not comply with several court orders and did not respond to an order to show cause. ECF No. 11. Stanley did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Hoffman's report and recommendation **(ECF No. 11) is accepted**. This case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 13th day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE